1814. PIDCOCK *et al. v.* MERCHANTS NATIONAL BANK.

This case is practically controlled by the decision of this court in *Pidcock v. Crouch,* ante, 299.

Complaint; from city court of Moultrie—Judge McKenzie. March 18, 1909.

Submitted May 21, 1909.—Decided January 21, 1910.

*W. F. Way,* for plaintiffs in error. *Edwin L. Bryan,* contra.

POWELL, J. The only substantial difference between this case and the case of *Pidcock* v. *Crouch,* this day decided, is that Crouch had transferred one of the notes given for the purchase of the stallion mentioned in that case, to the Merchants Bank of Lafayette, Indiana, and that the bank sued on it as innocent purchaser. The defense as to Morrison's failure to sign the note is properly pleaded within the rule stated in that case. The defendants denied that the bank was a bona fide, innocent purchaser for value of the note, and set up that the plaintiff "did not pay a valuable consideration therefor, but is permitting itself to be used by J. Crouch & Son for the purpose of shielding said Crouch from the consequences of a legal fraud," as set up in the plea. With this impeachment of the bona fides of the plaintiff's holding, the defenses asserted were open and available to the defendants. *McDonald* v. *Mayer, 97 Ga.* 281 (23 S. E. 72).         *Judgment reversed.*

---

1838. WALLIS & ARNETT *v.* GABBETT.

HILL, C. J. The evidence not demanding the verdict as rendered, the first grant of a new trial will not be disturbed. *Judgment affirmed.*

Complaint; from city court of Miller county—Judge Jones. March 23. 1909.

Submitted June 10, 1909.—Decided January 21, 1910.

*G. C. Dekle, Hill & Anderson,* for plaintiffs in error.

*W. Van Tyler,* contra.